**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| Cedatech Holdings, LLC, ) | |
| ) | |
| Plaintiff, ) | C.A. No:   4:14-cv-478 |
| ) | |
| v. ) | |
| ) | |
| Apple, Inc., ) | JURY TRIAL DEMANDED |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

**CORPORATE DISCLOSURE STATEMENT**

Plaintiff Cedatech Holdings, LLC hereby files its Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1, and shows the Court the following:

1.     Cedatech Holdings, LLC is a company duly organized and existing under the laws of Texas, having a principal place of business at 555 Republic Drive, Plano, Texas  75074.

2.     Cedatech Holdings, LLC does not have a parent corporation.

3.     No publicly held company owns 10% or more of Cedatech Holdings, LLC.

Dated:  July 18, 2014				Respectfully submitted,

						/s/ Frank M. Washko	           _

						Frank M. Washko, Ph.D. (252010)
						TIBURON INTELLECTUAL PROPERTY PLLC
						350 Townsend St., Suite 680
						San Francisco, CA  94107
						fwashko@tiburonip.com
						(415) 545-8040

						Allen S. Wan (24085640)
						3723 Greenville Ave.
						Dallas, TX 75206
						patlit4@allenwan.com
						(469) 242-0945

						*Counsel for Plaintiff Cedatech Holdings, LLC*